HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAMARA TRICIA ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>TACOMA COMMUNITY COLLEGE,<br><br>Defendant. | CASE NO. C13-5298 RBL<br><br>ORDER |

THIS MATTER is before the Court on Plaintiff's Motion for Appointment of Counsel [Dkt. #2].

There is no right to have counsel appointed in civil cases. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). A district court has discretion to designate counsel to represent an indigent civil litigant. 28 U.S.C. § 1915(e); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Counsel may only be appointed under 28 U.S.C. § 1915(e)(1) (formerly 28 U.S.C. § 1915(d)) in "exceptional circumstances." *Wilborn*, 789 F.2d at 1331, quoting *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845, 84 S. Ct. 97 (1963); *Rand v. Roland*, 113 F.3d 1520, 1525 (9th Cir. 1997), overruled on other grounds, 154 F.3d 952 (9th Cir. 1998); *see also United States v. Madden*, 352 F.2d 792, 794 (9th Cir. 1965). "A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits [and] the ability of the petitioner to

1 articulate his claims *pro se* in light of the complexity of the legal issues involved.'"" *Wilborn*, 789
2 F.2d at 1331, quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Neither of the above-
3 cited "factors is dispositive, and both must be viewed together before reaching a decision." *Terrell v.*
4 *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (quoting *Wilborn*, 789 F.2d at 1331).

Plaintiff has not met her burden of demonstrating the exceptional circumstances required for appointment of counsel, and her Motion is DENIED.

IT IS SO ORDERED.

Dated this 25th day of April, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE